No. —. ROBERTS v. UNITED STATES DISTRICT COURT. June 12, 1944.

No. 398. HAZEL-ATLAS GLASS CO. v. HARTFORD-EMPIRE CO. June 12, 1944.

No. 423. SHAWKEE MANUFACTURING CO. ET AL. v. HARTFORD-EMPIRE CO. June 12, 1944.

No. 853. BELLAVANCE v. FRANK MORROW CO., INC. June 12, 1944.

Nos. 911, 912, and 913. CHICAGO & EASTERN ILLINOIS RAILROAD CO. ET AL. v. GRAND TRUNK WESTERN RAILROAD CO. ET AL. June 12, 1944.

No. 942. ROCK ISLAND REFINING CO. v. OKLAHOMA TAX COMMISSION. June 12, 1944.

No. 742. KESLING v. HUMPHREY, WARDEN. June 12, 1944.

No. 889. ROBINETTE v. COMMISSIONER OF INTERNAL REVENUE. June 12, 1944.

No. 355. INTERNATIONAL HARVESTER CO. ET AL. v. DEPARTMENT OF TREASURY OF INDIANA ET AL. June 12, 1944. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application.